**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**RONNY H. CROOK,**

      **Plaintiff,**

**v.**                                                            **Case No.  5:26-cv-107-TKW-MJF**

**M. CUNNINGHAM,**

      **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 4).  No objections were filed.[1]

Upon consideration of the R&R and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed based on Plaintiff's failure to fully disclose his litigation history. *See McNair v. Johnson*, 141 F.4th 1301, 1308 (11th Cir. 2025).  Accordingly, it is

**ORDERED** that:

1.     The magistrate judge's R&R is adopted and incorporated by reference in this Order.

---

[1] Plaintiff did file a document titled "Notice of Intent to Sue" (Doc. 5) after the R&R was issued, but that document does not mention the R&R or take issue with the magistrate judge's determination that Plaintiff did not fully disclose his litigation history.  Rather, that document focuses on the substance of Plaintiff's claims and the relief he is seeking.

2.    This case is DISMISSED without prejudice under the Court's inherent authority based on Plaintiff's failure to fully disclose his litigation history.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 18th day of May, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**